MOE PERLMUTTER, Doing Business as PERLMUTTER HARDWARE AND BUILDING SUPPLY COMPANY, Respondent, v. JOSEPH GROSS et al., Respondents, and BERNARD KITIAS, Doing Business as MOUNTAINDALE LUMBER COMPANY, Defendant-Appellant. JACK SIEGEL, Respondent, v. JOSEPH GROSS et al., Respondents, and BERNARD KITIAS, Doing Business as MOUNTAINDALE LUMBER COMPANY, Defendant-Appellant.—

All concur.